UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JACKLYN KAMAU,                              NO. 2:10-cv-0271 FCD KJN

         Plaintiff,

    v.                                      <u>ORDER AND ORDER TO SHOW CAUSE</u>
                                            <u>RE SANCTIONS</u>
CREDIT SOLUTION CORP.,

         Defendant.


----oo0oo----

    1.    The hearing on Plaintiff's Motion to Enforce Settlement
Agreement (Docket No. 15) is continued to May 13, 2011, at 10:00
a.m.  Defendant shall file and serve their opposition brief or
notice of non-opposition no later than April 29, 2011.  Plaintiff
may file and serve a reply on or before May 6, 2011.

    2.    Defendant is ordered to show cause why they should not
be sanctioned in the amount of $150.00 for failing to file an
opposition or notice of non-opposition to plaintiff's motion in
compliance with Local Rule 230(c).

    3.    Defendant shall file their response to the order to
show cause on or before May 6, 2011.
///

        4.   A hearing on the order to show cause, if necessary,
will follow the hearing on the motion.

        IT IS SO ORDERED.

DATED: April 18, 2011

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE